**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Ian R. Winters
Sean C. Southard
Stephanie R. Sweeney
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC. | Case No. 18-10509 (SHL) |
| Debtor. | Joint Administration Requested |

| | |
|---|---|
| In re: | Chapter 11 |
| A. JAFFE, INC. | Case No. 18-10510 (SHL) |
| Debtor. | Joint Administration Requested |

| | |
|---|---|
| In re: | Chapter 11 |
| FANTASY, INC. | Case No. 18-10511 (SHL) |
| Debtor. | Joint Administration Requested |

**PROPOSED AGENDA FOR HEARING**
**SCHEDULED FOR MARCH 6, 2018 AT 11:00 A.M.**

1

**Location of Hearing**:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 701, One Bowling Green, New York, NY 10004.

### A. Uncontested Matters

1. Debtors' Motion for Entry of an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of the Chapter 11 Cases [Docket No. 3][1]

    Responses Received: None

    Related Documents:

    (a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

    (b) Notice of First Day Hearing [Docket No. 17].

    (c) Declaration of Mihir Bhansali, President of the Debtors, Containing Information Required Pursuant to Local Bankruptcy Rule 1007-2 and in Support of the Debtors' First Day Motions [Docket No. 2].

    Status: This matter is going forward.

2. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors To Use Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms; and (II) Waiving Requirements of 11 U.S.C. § 345(b) [Docket No. 4]

    Responses Received: None

    Related Documents:

    (a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

    (b) Notice of First Day Hearing [Docket No. 17].

    (c) Declaration of Mihir Bhansali, President of the Debtors, Containing Information Required Pursuant to Local Bankruptcy Rule 1007-2 and in Support of the Debtors' First Day Motions [Docket No. 2].

---

[1] All docket references refer to the docket of In re Firestar Diamond, Inc., Case No. 18-10509 (SHL).

Status: This matter is going forward.

3. Motion of Debtors Firestar Diamond, Inc. and Fantasy, Inc. for Entry of Interim and Final Orders (I) Authorizing Debtors Firestar Diamond, Inc. and Fantasy, Inc.'s Use of Cash Collateral, (II) Granting Adequate Protection Claims and Liens, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief [Docket No. 13]

    Responses Received: None

    Related Documents:

    (a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

    (b) Notice of First Day Hearing [Docket No. 17].

    (c) Declaration of Mark Samson, the Debtors' Chief Restructuring Officer, in Support of Certain Emergency Motions of Debtors [Docket No. 15].

    Status: This matter is going forward.

4. Debtors' Motion for Entry of an Order Authorizing Payment of Claims Entitled to Administrative Expense Status Pursuant to 11 U.S.C. § 503(B)(9) and the Claims of Critical Vendors [Docket No. 12]

    Responses Received: None

    Related Documents:

    (a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

    (b) Notice of First Day Hearing [Docket No. 17].

    (c) Declaration of Mark Samson, the Debtors' Chief Restructuring Officer, in Support of Certain Emergency Motions of Debtors [Docket No. 15].

    Status: This matter is going forward.

5. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Payment of Prepetition Employee Obligations, (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto, and (III) Approving Payment of Postpetition Employee Obligations [Docket No. 14]

    Responses Received: None

Related Documents:

(a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

(b) Notice of First Day Hearing [Docket No. 17].

(c) Declaration of Mark Samson, the Debtors' Chief Restructuring Officer, in Support of Certain Emergency Motions of Debtors [Docket No. 15].

Status: This matter is going forward.

6. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 541 Recognizing Bailors' Title to Goods Delivered to Debtors on Memo or for Repair and Authorizing Debtors to Continue Postpetition Memo and Repair Practices [Docket No. 11]

Responses Received: None

Related Documents:

(a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

(b) Notice of First Day Hearing [Docket No. 17].

(c) Declaration of Mark Samson, the Debtors' Chief Restructuring Officer, in Support of Certain Emergency Motions of Debtors [Docket No. 15].

Status: This matter is going forward.

7. Debtors' Motion for Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Debtors to (A) Retain Getzler Henrich & Associates LLC to Provide Mark Samson as Chief Restructuring Officer and Related Services, and (B) Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Petition Date [Docket No. 10] ("CRO Retention Motion").

Responses Received: None

Related Documents:

(a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

(b) Notice of First Day Hearing [Docket No. 17].

    (c) Declaration of Mark Samson, the Debtors' Chief Restructuring Officer, in Support of Certain Emergency Motions of Debtors [Docket No. 15].

    (d) Declaration of Mark Samson in Support of CRO Retention Motion [Docket No. 10, Exhibit A].

    Status: This matter is going forward.

8. Application for an Order Appointing Rust Omni Consulting/Omni Bankruptcy as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Local Rule 5075-1 [Docket No. 16] ("Rust Omni Retention Motion").

    Responses Received: None

    Related Documents:

    (a) Affidavit of Service re Docket Nos. 2, 3, 4, 10, 11, 12, 13, 14, 15, 16, 17 [Docket No. 20].

    (b) Notice of First Day Hearing [Docket No. 17].

    (c) Declaration of Mark Samson, the Debtors' Chief Restructuring Officer, in Support of Certain Emergency Motions of Debtors [Docket No. 15].

    (d) Declaration of Paul H. Deutch in Support of Rust Omni Retention Motion [Docket No. 16, Exhibit B].

    Status: This matter is going forward.

Dated: New York, New York
       March 5, 2018

                                KLESTADT WINTERS JURELLER
                                SOUTHARD & STEVENS, LLP

                            By:   */s/ Ian R. Winters*
                                Ian R. Winters
                                Sean C. Southard
                                Stephanie R. Sweeney
                                200 West 41st Street, 17th Floor
                                New York, New York 10036
                                Tel: (212) 972-3000
                                Fax: (212) 972-2245

    Email: iwinters@klestadt.com
           ssouthard@klestadt.com
           ssweeney@klestadt.com

*Attorneys for the Debtors and Debtors-in-Possession*